■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTURO DELACRUZ, Appellant. — Judgment of the Supreme Court, Queens County (Rosenberger, J.), rendered May 10, 1983, affirmed. No opinion. ¶ This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Bracken, Weinstein and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA M. GREGORY, Appellant. — Judgment of the County Court, Suffolk County (Campbell, J.), rendered November 9, 1981, affirmed (see *People v Carter,* 31 NY2d 964). Titone, J. P., Mangano, Thompson and Eiber, JJ., concur.